AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| MONIQUE MAYERS | ) |
| *Plaintiff* | ) |
| v. | )    Case No. 1:26-cv-02437-VMC |
| CURTIS JAMES JACKSON III, a/k/a "CURTIS JACKSON" a/k/a "50 CENT," a/k/a "FIF," a/k/a "FIFTY," | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Monique Mayers                                                                                          .

Date:    06/08/2026

*Attorney's signature*

Monica Hincken, Esq. (5351804)
*Printed name and bar number*

Joseph & Norinsberg, LLC
825 Third Avenue, Suite 2100
New York, NY 10022
*Address*

mhincken@employeejustice.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*