AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| MONIQUE MAYERS | ) |
| _Plaintiff_ | ) |
| v. | ) |
| CURTIS JAMES JACKSON III, a/k/a "CURTIS JACKSON" a/k/a "50 CENT," a/k/a "FIF," a/k/a "FIFTY," | ) |
| _Defendant_ | ) |

Case No. 1:26-cv-02437-VMC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Monique Mayers                                                     .

Date:    06/18/2026

_____
_Attorney's signature_

Kassandra Vazquez, Esq. (5922992)
_Printed name and bar number_

Joseph & Norinsberg, LLC
825 Third Avenue, Suite 2100
New York, NY 10022
_Address_

kassandra@employeejustice.com
_E-mail address_

(212) 227-5700
_Telephone number_

(212) 656-1889
_FAX number_