**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MONIQUE MAYERS, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:26-cv-02437-VMC |
| CURTIS JAMES JACKSON III, | |
| Defendant. | |

# J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted in part said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Atlanta, Georgia, this 18th day of November, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/L. Tonthat
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 18, 2026
Kevin P. Weimer
Clerk of Court

By: s/L. Tonthat
Deputy Clerk